**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NIKE, INC.,**

        **Plaintiff,**

-vs-                                                           Case No. 6:09-cv-1438-Orl-31DAB

**LARRY HILL d/b/a**
**www.EyeCatchingGear.com,**

        **Defendant.**
_____

## ORDER

On December 10, 2009, Magistrate Judge Baker entered a Report and Recommendation (Doc. 14), recommending that Motion for Entry of Default Final Judgment (Doc. 11) be DENIED. Plaintiff filed timely objections to the Report (Doc. 15). Upon *de novo* review of the above, it is, therefore

**ORDERED** that the objections are sustained in part. Plaintiff's Motion at Doc. 11 is DENIED, without prejudice. Plaintiff may file an amended Complaint by January 19, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 4, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                       GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE