**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NIKE, INC.,**

                  **Plaintiff,**

-vs-                                                    Case No. 6:09-cv-1438-Orl-31DAB

**LARRY HILL d/b/a**
**www.EyeCatchingGear.com,**

                  **Defendant.**
_____

## ORDER

This cause comes before the Court on Motion for Entry of Default Final Judgment and Permanent Injunction (Doc. No. 21) filed April 9, 2010.

On April 26, 2010, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Entry of Default Final Judgment and Permanent Injunction is GRANTED, in part. The Final Default Judgment and Permanent Injunction is filed separately from this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of May, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party